No. 78–1845. ILLINOIS *v.* VITALE. Sup. Ct. Ill. Certiorari granted. 

No. 78–1862. WALKER *v.* ARMCO STEEL CORP. C. A. 10th Cir. Certiorari granted. 

No. 78–1870. WHIRLPOOL CORP. *v.* MARSHALL, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari granted. 

No. 78–1918. HARRISON, REGIONAL ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. *v.* PPG INDUSTRIES, INC., ET AL. C. A. 5th Cir. Certiorari granted. 

No. 79–105. CURTISS-WRIGHT CORP. *v.* GENERAL ELECTRIC Co. C. A. 3d Cir. Certiorari granted. 

No. 78–1177. WHITE MOUNTAIN APACHE TRIBE ET AL. *v.* BRACKER ET AL. Ct. App. Ariz. Certiorari granted limited to Questions 1, 2, and 5 presented by the petition, and case set for oral argument in tandem with No. 78–1604, *Central Machinery Co.* v. *Arizona State Tax Commission* [probable jurisdiction noted, *supra,* p. 822]. 

No. 78–1577. SEARS, ROEBUCK & Co. *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari granted. MR. JUSTICE STEWART took no part in the consideration or decision of this petition. 

No. 78–1832. CUYLER, CORRECTIONAL SUPERINTENDENT, ET AL. *v.* SULLIVAN. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.